**John D. GARCIA, Appellant,**

v.

**BABCOCK & WILCOX CONSTRUCTION, Respondent.**

**No. WD 62043.**

Missouri Court of Appeals, Western District.

Sept. 16, 2003.

Robert S. Halas, Independence, for Appellant.

Eric T. Lanham, Douglas M. Greenwald, Co–Counsel, Kansas City, KS, for Respondent.

Before HARDWICK, P.J., BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM.

John Garcia appeals the Labor and Industrial Relation Commission's denial of his claim for workers' compensation benefits. We have reviewed the record and found no error in the Commission's determination. Because a published opinion would have no precedential value, the parties have been provided with a Memorandum explaining the reasons for our decision.

The judgment of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).